**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**PAUL FOURNIER,**            Civil No. 09-3408 ADM/SRN

    **Plaintiff,**

v.

                                                 **ORDER**

**JASON CLIFTON,**

    **Defendant.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated December 4, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed <u>in forma pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of jurisdiction.

DATED: _December 30, 2009          s/Ann D. Montgomery

                                           _____
                                           Judge Ann D. Montgomery
                                           United States District Court Judge